been present at the argument of said appeal, but having died on the 8th day of May, 1913, without having taken any part in the determination of said appeal.

Seely S. Van Ness, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff shall within ten days stipulate to modify the order by striking out the provision for the trebling of the damages to certain property and reduce the recovery to the actual damages, viz., $938.75, as of the date of the rendition of the verdict, in which event the order and the judgment are modified accordingly and as so modified are affirmed, without costs of this appeal to either party.   Held, that plaintiff is not entitled to recover treble damages against the defendant. All concurred.

Fred C. Lusk and Others, Respondents, v. Myrtie L. Langham, Appellant.— Judgment reversed and new trial granted before another referee, with costs to appellant to abide event, unless the plaintiffs shall within ten days stipulate to reduce the amount of the fund by the amount of the debts owing by Charles Lusk, the husband of the grantor named in the deed in question, but not to exceed the amount paid therefor by John D. Langham, in which event the judgment is modified accordingly and as so modified is affirmed, without costs of this appeal to either party.   Held, that the referee improperly struck out the evidence relating to such debts and that the same to the extent above indicated should have been allowed by him against the funds in the hands of the defendant.   Settle order before Mr. Justice Robson on two days' notice.   All concurred.

John Brydges, Respondent, v. Sanitary Can Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.

Village of Savona, Plaintiff, v. William H. Brink, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.   All concurred.

John W. Kinney, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs.   All concurred, except Kruse, P. J., who dissented; Lambert, J., not sitting.

William Beckstein, Respondent, v. Central Star Laundry Company, Appellant.— Order denying motion for new trial upon ground of newly-discovered evidence affirmed, without costs.   All concurred.

William Beckstein, Respondent, v. Central Star Laundry Company, Appellant.— Judgment and order denying motion for new trial upon the minutes of the court reversed and a new trial granted, with costs to appellant to abide event.   See decision in same case on former appeal, reported at 140 Appellate Division, 8.   All concurred, except Kruse, P. J., who dissented.

Town of Lima, Respondent, v. Melissa M. Morgan, Appellant, Impleaded with John Morgan.— Judgment affirmed, with costs.   All concurred; Robson, J., not sitting.